UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

**ALBERT GRAYER**                                              **CIVIL ACTION**

**VERSUS**

**NICHOLAS SANDERS**                                   **NO. 19-00279-BAJ-EWD**

### RULING AND ORDER

Before the Court is Plaintiff's Complaint, alleging various violations of his constitutional rights under 42 U.S.C. § 1983. Pursuant to the screening requirements of 28 U.S.C. §§ 1915(e)(2)(B) and 1915A, the Magistrate Judge issued a **Report and Recommendation (Doc. 6)** recommending that Plaintiff's claims against Defendant for monetary damages in Defendant's official capacity and claims based upon the allegation that Defendant did not follow prison policies and procedures be dismissed with prejudice, that Plaintiff's conditions of confinement claim be dismissed without prejudice subject Plaintiff's right to timely amend his Complaint to name the individual(s) allegedly responsible, and that, in any event, the case be referred back to the Magistrate Judge for determination of Plaintiff's remaining claims of excessive force and deliberate indifference.

Having independently considered Plaintiff's Complaint and related filings—including Plaintiff's Motion for Service (Doc. 5)—the Court **APPROVES** the Magistrate Judge's **Report And Recommendation (Doc. 6),** and **ADOPTS** it as the Court's opinion herein.

Accordingly,

**IT IS ORDERED** that Plaintiff's claims against Defendant for monetary damages in Defendant's official capacity and claims based upon the allegation that Defendant did not follow prison policies and procedures are **DISMISSED WITH PREJUDICE.**

**IT IS FURTHER ORDERED** that Plaintiff's conditions of confinement claim related to allegations that he was not permitted to use the restroom and was forced to lie in his own waste while in four-point restraints is **DISMISSED WITHOUT PREJUDICE,** subject to Plaintiff's right to file an amended complaint naming the individual(s) allegedly responsible for his conditions of confinement claim on or before September 30, 2020.

**IT IS FURTHER ORDERED** that Plaintiff's **Motion for Service (Doc. 5)** is **GRANTED.** An order regarding service will be issued separately.

**IT IS FURTHER ORDERED** that this matter is referred back to the Magistrate Judge for further proceedings on Plaintiff's remaining claims, including Plaintiff's claim for excessive force and deliberate indifference to his serious medical needs (and, possibly conditions of confinement).

Baton Rouge, Louisiana, this 24th day of August, 2020

_____
**JUDGE BRIAN A. JACKSON**
**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF LOUISIANA**